UNITED STATES DISTRICT COURT

THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSUE M. GARCIA MORET (A-094-898-971),<br><br>Petitioner,<br><br>v.<br><br>WARDEN, GOLDEN STATE ANNEXDETENTION FACILITY, et al.,<br><br>Respondents. | No. 1:26-cv-4187-DC-CSK<br><br><u>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS</u><br><br>(ECF Nos. 12, 13) |

Petitioner, an immigration detainee proceeding pro se, filed this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On July 6, 2026, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. On July 13, 2026, petitioner filed a document styled, "Motion to Enforce." (ECF No. 13.) The court construes this filing as petitioner's objections to the findings and recommendations, however, those objections do not provide a basis upon which to reject the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a <u>de</u> <u>novo</u> review of this case. Having carefully reviewed the entire file, the

court finds the findings and recommendations to be supported by the record and by proper analysis.[1]

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 12) are ADOPTED;

2. Petitioner's motion filed on July 13, 2026 (ECF No. 13) is construed as objections and thus DENIED;

3. The petition for writ of habeas corpus (ECF No. 1) is DENIED; and

4. The Clerk of the Court is directed to enter judgment in favor of Respondents and close this case.

IT IS SO ORDERED.

Dated: **September 14, 2026**

Dena Coggins
United States District Judge

---

[1] A certificate of appealability is not required for an appeal from the denial of a petition for writ of habeas corpus brought pursuant to 28 U.S.C. § 2241. See 28 U.S.C. § 2253; Harrison v. Ollison, 519 F.3d 952 (9th Cir. 2008).